# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MIKE SANTOS,<br>    Plaintiff, | Case No. 1:19-cv-439 |
| | Black, J. |
| vs. | Bowman, M.J. |
| ANNETTE CHAMBERS-SMITH, *et al.*,<br>    Defendants. | **ORDER** |

Plaintiff, an inmate at the Southern Ohio Correctional Facility (SOCF) in Lucasville, Ohio, has filed a motion for leave to proceed *in forma pauperis* in connection with a *pro se* civil rights complaint against Director of the Department of Rehabilitation and Correction Annette Chambers-Smith and Religious Services Administrator Mike Davis, both of whom reside in Columbus, Ohio. (*See* Doc. 1-1, at PageID 17).

The Southern District of Ohio has jurisdiction to entertain plaintiff's complaint. *See* 28 U.S.C. § 1391(b). However, this Court's local rules provide that: "An action against a defendant or defendants resident in this District shall be filed at the location of Court that serves a county in which at least one defendant resides." S.D. Ohio Civ. R. 82.1(c). The Eastern Division of this Court serves Franklin County, where Columbus is located and both defendants reside. *See* S.D. Ohio Civ. R. 82.1(b).

Accordingly, pursuant to S.D. Ohio Civ. R. 82.1, the Clerk of Court is hereby **DIRECTED TO TRANSFER** this case to the Southern District of Ohio, Eastern Division, for ruling on plaintiff's *in forma pauperis* application and all further proceedings.

    **IT IS SO ORDERED.**

    *s/Stephanie K. Bowman*
    Stephanie K. Bowman
    United States Magistrate Judge